**Order entered April 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01671-CV

## IN THE INTEREST OF T.L.B., A MINOR CHILD

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 06-0634-59**

## ORDER

After reviewing the Clerk's Record on file, this Court has determined relevant documents have not been included.

Pursuant to Texas Rule of Appellate Procedure 34.5(c)(1), we **ORDER** the Clerk of the 59th Judicial District Court in Grayson County to file within **TEN DAYS** of the date of this order a supplemental clerk's record containing the following documents:

(1)     Respondent's no-evidence motion for summary judgment filed on August 9, 2013

and

(2)     Petitioner's general denial response to no-evidence motion for summary judgment filed by attorney John Mabary (date unknown).

If the above documents do not exist or cannot be located, please inform the Court in writing.

/s/    ELIZABETH LANG-MIERS
          PRESIDING JUSTICE